**No. 09-9641. Anthony Jackson, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2127, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3166.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9644. Carol Peirce, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2127, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3266.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 357 Fed. Appx. 319.

**No. 09-9645. Uzoma Okechukwu Osuagwu, aka Nnana Okereke, aka Bret Stanley, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2127, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3172.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 158.

**No. 09-9646. Alejandro Silva, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2128, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3225.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9648. John A. Martin, Jr., Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2128, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3188.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 587 F.3d 625.

**No. 09-9650. Samuel K. Willis, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2128, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3139.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9656. Earlfonzo Love, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2128, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3169.

April 19, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 1149.

**No. 09-9657. Dean Lawther, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2128, 176 L. Ed. 2d 749, 2010 U.S. LEXIS 3231.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 357.